UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JAPAN ENTERTAINMENT GROUP,   Case No. 1:14-cv-165
CO., LTD., *et al.,*

           Judge Timothy S. Black
    Plaintiffs,           Magistrate Judge Stephanie K. Bowman

-vs-

ETHNA COOPER, *et al.,*

    Defendants.

### JUDGMENT IN A CIVIL CASE

[ ]    **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

[ x ]    **Decision by Court:**

**IT IS ORDERED AND ADJUDGED** that the Report and Recommendations of the Magistrate Judge (Doc 7) is **ADOPTED**; Luwana Pettus-Oglesby is **DISMISSED** with **PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B); and it is **CERTIFED** that an appeal of this Order would not be taken in good faith, and any request to appeal *in forma pauperis* would be **DENIED**.

Date: March 31, 2014                **JOHN P. HEHMAN, CLERK**

                                        By: *s/ M. Rogers*
                                        Deputy Clerk